UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARK C. RODRIGUEZ,<br><br>                Petitioner,<br>    v.<br>UNITED STATES ATTORNEY GENERAL,<br><br>                Respondents. | Case No. 3:18-cv-00405-MMD-WGC<br><br>ORDER |

Petitioner Mark C. Rodriguez has filed a *pro se* 28 U.S.C. § 2241 habeas corpus petition. (ECF No. 1.) Rodriguez states that he is the subject of a final removal order and seeks enforcement of that order. This Court has reviewed the Petition and will dismiss the Petition for lack of jurisdiction.

A state prisoner is entitled to federal habeas relief only if he is being held in custody in violation of the constitution, laws or treaties of the United States. 28 U.S.C. § 2254(a). Rodriguez is in custody pursuant to a judgment of conviction by a state court (*see* ECF No. 1 at 1). However, he is not alleging that his confinement is unconstitutional. Therefore, there is no federal habeas jurisdiction over this matter.

It is therefore ordered that this Petition is dismissed.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 30th day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE